JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BARRETT, | CASE NO. 8:15-cv-01355-JLS-JCG |
| Plaintiff, | |
| vs. | **JUDGMENT AGAINST DEFENDANT HANNES TULVING, JR.** |
| HANNES TULVING, JR., | |
| Defendant. | |

In accordance with this Court's Order Granting Motion For Default Judgment (Doc. 34), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff Jerry Barrett recover of Defendant Hannes Tulving, Jr., the sum of $24,852.72, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

DATED: November 02, 2017

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE